# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV266-W

| | |
|---|---|
| ATLATIC SKANSKA, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHARLOTTE, NORTH CAROLINA )<br>and CH2M HILL, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Admission of Michael A. Branca to Practice Pro Hac Vice" (document #9) filed August 23, 2007. For the reasons set forth therein, the Motions will be **GRANTED**.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: August 23, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge