# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07CV266-W

| | |
|---|---|
| ATLANTIC SKANSKA, INC., ) | |
| ) | |
| Plaintiff and Counterclaim ) | |
| Defendant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, ) | |
| NORTH CAROLINA, and CH2M ) | |
| HILL, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ATLANTIC SKANSKA, INC., ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ENVIRONMENTAL ) | |
| DYNAMICS, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

**THIS MATTER** is before the Court on the Third Party Defendant's "Motion[s] for Admission Pro Hac Vice for Megan A. Palmer [and] David B. Raymond" (documents ##30 and 31), both filed October 16, 2007. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 16, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge