# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:07cv266-W

| | |
|---|---|
| **ATLANTIC SKANSKA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CITY OF CHARLOTTE, NORTH CAROLINA** ) | |
| **and CH2M HILL, INC.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Stipulated Consent Motion for Modification to Revised Case Management Order" filed July 17, 2008 (document #63). After conferring with the Honorable Frank D. Whitney's chambers, the subject motion will be **denied**. The parties have already been granted extensions of time through the January 15, 2008 modification of the Case Management Order. Considering this prior extension, the stated reasons in the subject motion are not sufficient for an additional extension. Accordingly, the "Stipulated Consent Motion for Modification to Revised Case Management Order" (document #63) is **DENIED**.

**SO ORDERED.**

Signed: July 21, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge